# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| SAEID AZAMTARRAHIAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:10-cv-01190 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Brown |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On February 22, 2011, Magistrate Judge Brown ordered Plaintiff Saeid Azamtarrahian, who is proceeding *pro se*, to file a motion for judgment on the administrative record within thirty days. (Doc. No. 13.) Plaintiff did not file a motion. On May 10, 2011, Magistrate Judge Brown ordered Plaintiff to show cause within fourteen days why he should not recommend that the case be dismissed for failure to obey a court order and to prosecute the case. (Doc. No. 17.) Plaintiff again took no action.

Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") on June 1, 2011, recommending that this action should be dismissed due to Plaintiff's failure to prosecute the case and to follow court orders. (Doc. No. 19.) The Report was sent to Plaintiff via Certified Mail, and the receipt for the Report's delivery was signed by Plaintiff and stamped with a date of July 11, 2011 (Doc. No. 22). Plaintiff has not filed any objections to the Magistrate Judge's recommendations within the fourteen-day period for doing so provided in the Report (Doc. No. 19 at 4).

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DISMISSES** this case without prejudice.

It is so ORDERED.

Entered this ___12st___ day of August, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT